UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-61053-WPD

UNITED STATES OF AMERICA, *ex rel.*
VERONICA N. ARVEN,

    Plaintiffs-Relators,

v.

THE FLORIDA BIRTH-RELATED
NEUROLOGICAL INJURY COMPENSATION
ASSOCIATION and THE FLORIDA BIRTH-
RELATED NEUROLOGICAL INJURY
COMPENSATION PLAN,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Notice of the United States That It Is Not Intervening at This Time [DE 28], filed herein on January 30, 2020. The Court has considered the Notice and is otherwise fully advised in the premises.

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Complaint and Amended Complaint in this action shall be unsealed and served upon the defendants by the relators;

2. All other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendants, except for this Order and the Notice of the United States That It Is Not Intervening At This Time [DE 28], which the realtors will serve upon the defendants only after service of the amended complaint;

3. The seal shall be lifted as to all other matters occurring in this action after date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in 31 U.S.C. § 3730 (c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court will be sent to the United States;

7. Should the realtors of the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**DONE AND ORDERED** in Chambers, at Ft. Lauderdale, Broward County, Florida this 31st day of January, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record